UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANCE RIDDLE,

        Plaintiff,

    v.

MARSHALL E. MIKELS,

        Defendant.

Case No. 14-cv-02883-JD

**ORDER RE FILINGS**

      Pro se defendant Marshall E. Mikels removed this action from San Mateo County Superior Court on June 23, 2014. Dkt. No. 1. On August 6, 2014, the Court remanded this matter back to the San Mateo County Superior Court and closed the case. Dkt. Nos. 15, 16. Mr. Mikels appealed the remand order to the Ninth Circuit, which dismissed the appeal for lack of jurisdiction. Dkt. Nos. 22, 26. Nevertheless, Mr. Riddle continues to file motions and notices. Dkt. Nos. 30-34.

      The Court orders Mr. Riddle not to file any other papers or documents with this Court. This case is closed.

      **IT IS SO ORDERED.**

Dated: June 19, 2015

_____
JAMES DONATO
United States District Judge